UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-81173-Civ-Ryskamp-Hopkins

GARY DONALD CARROLL,
                  Plaintiff,

v.

THESTREET.COM, INC., a Delaware
Corporation; MELISSA ANN DAVIS;
THIRD POINT LLC, a Delaware limited
liability company; THIRD POINT
ADVISORS L.L.C., a Delaware limited
liability company; and JAMES L.
CARRUTHERS, JR.,
                  Defendants.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the Plaintiff Gary Donald Carroll voluntarily dismisses with prejudice this action against all Defendants.

| | |
|---|---|
| STEVEN J. ROTHMAN | STEPHEN H. JOHNSON |
| **Jones, Foster, Johnston & Stubbs, P.A** | **Lydecker Diaz** |
| 505 South Flagler Drive, Suite 1100 | 1221 Brickell Avenue, 19th Floor Miami, |
| West Palm Beach, FL 33401 | Florida 33131 |
| Telephone: (561) 805-5500 | Telephone: (305) 416-3180 |
| Facsimile: (561) 805-5510 | Facsimile: (305) 416-3190 |
| srothman@jones-foster.com | shj@lydeckerlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants TheStreet.com, Inc. and Melissa Ann Davis* |

1

|  |  |
|---|---|
| TIBOR L. NAGY, JR.<br>New York Bar No. 720271<br>tibor@dnfllp.com<br>DONTZIN NAGY & FLEISSIG LLP<br>980 Madison Avenue<br>New York, New York 10075<br>Telephone: (212) 717-2900<br>*Application for admission is pending* | /s/ Bruce Rogow<br>BRUCE S. ROGOW<br>Fla. Bar No. 067999<br>TARA A. CAMPION<br>Fla. Bar No. 0090944<br>BRUCE S. ROGOW, P.A.<br>500 E Broward Blvd. Ste 1930<br>Fort Lauderdale, Florida 33394<br>Ph:    (954) 767-8909<br>Fax:   (954) 764-1530<br>brogow@rogowlaw.com<br>tcampion@rogowlaw.com |

*Attorneys for the Third Point Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: */s/ Bruce S. Rogow*
    BRUCE S. ROGOW

# SERVICE LIST
*Gary Donald Carroll v. TheStreet.Com, Inc., et al*
11-CV-81173 Ryskamp/Hopkins

Steven J. Rothman, Esquire
**Jones, Foster, Johnston & Stubbs, P.A**
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 805-5500
Facsimile: (561) 805-5510
srothman@jones-foster.com

*Attorneys for Plaintiff*

Stephen H. Johnson, Esquire
**Lydecker Diaz**
1221 Brickell Avenue, 19th Floor Miami,
Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190
shj@lydeckerlaw.com

*Attorneys for Defendants TheStreet.com, Inc. and Melissa Ann Davis*